██ Kondaur Capital Corporation, as Separate Trustee of Matawin Ventures Trust Series 2012-3, Respondent, v Dianne L. Lunn, Appellant, et al., Defendants. (Appeal No. 1.) [51 NYS3d 454]—Appeal from an order of the Supreme Court, Monroe County (J. Scott Odorisi, J.), entered July 10, 2014 in a mortgage foreclosure action. The order, among other things, granted plaintiff's motion for summary judgment.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Whalen, P.J., Smith, Centra, Troutman and Scudder, JJ.